UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 08 MJ 105 |
| -v.- | NOTICE OF CHANGE OF ATTORNEY'S |
| JEMAL BELL, | ADDRESS |
| Defendant. | |

------------------------------------------------------------x

     PLEASE TAKE NOTICE that the address for counsel for defendant JEMAL BELL  been changed to the following:

     THEODORE S. GREEN
     GREEN & WILLSTATTER
     200 Mamaroneck Avenue - Suite 605
     White Plains, New York   10601.

Dated:   White Plains, New York
           February 15, 2008

                                            Yours, etc.,

                                            s/Theodore S. Green
                                            THEODORE S. GREEN
                                            Green & Willstatter
                                            200 Mamaroneck Avenue - Suite 605
                                            White Plains, New York   10601
                                            (914) 948-5656
                                            Fax: (914) 948-8730
                                            theosgreen@msn.com

PDF created with pdfFactory trial version www.pdffactory.com